# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>CONNOR LYNN MAYO<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.   1:26-MJ-132<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 27, 2026 _____ in the city/county of _____ Fairfax _____

in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 CFR § 1903.7(a) | Trespassing |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____ *Raymond Saxton* _____
*Complainant's signature*

SAUSA Solette Magnelli
*Printed name and title*

Corporal Raymond Saxton, CIA Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ (*specify reliable electronic means*).

Date: 04/27/2026 _____

_____
*Judge's signature*

City and state:   Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*