IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj-132 |
| CONNOR LYNN MAYO | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Corporal Raymond Saxton, being duly sworn, state the following:

1.      I entered on duty with the Central Intelligence Agency ("CIA") Police in July 2023. I graduated from the Federal Law Enforcement Training Center ("FLETC") in January 2023. Following my onboarding with CIA, I received an additional six weeks of CIA-specific training prior to being assigned as an officer at CIA Headquarters.

2.      This affidavit is submitted in support of a criminal complaint charging CONNOR LYNN MAYO with criminal trespass at the George Bush Center for Intelligence in Fairfax County, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on any CIA installation without proper authorization, or reentering any CIA installation after being instructed not to renter.

3.      The facts and information contained in this affidavit are based upon my personal knowledge and observations during this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation.  This affidavit contains information necessary

1

to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4.    On Monday, 27 April 2026, at approximately 9:40 a.m., at CIA Headquarters in Fairfax County, Virginia, within the Eastern District of Virginia, a four-door white Hyundai Elantra sedan bearing Texas license plate PTJ6875 directly approached the main CIA Headquarters gate after driving past both the authorized visitor vehicle detour and trespassing signage.  Upon his approach to the main entrance of CIA Headquarters, the defendant passed a sign which read in relevant part:

WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL

VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION

32 C.F.R. 1903

5.    Upon being questioned by the CIA police officer assigned to the gate for failing to provide suitable identification, the driver began to accelerate away from the gate and into the compound. The officer then used a diversionary tactic, causing the driver to stop. Officers directed the driver to the back of the Visitors Center as I was arriving. While I spoke to the driver, officers

2

ran the license plate, and the driver was identified as CONNOR LYNN MAYO. When I reviewed the returns, I recognized the name from recent, prior trespassing incidents at CIA Headquarters. MAYO stated that he had previously been to the CIA, that he understood he was trespassing, but that he believed he was intended to be at CIA. Officers relayed to me that, on two prior occasions – 24 April 2026 and 26 April 2026 – the defendant trespassed at the main entrance of CIA Headquarters.

6.      I was informed that, on Friday, 24 April 2026, at approximately 8:46 p.m., MAYO approached the CIA Headquarters main entrance in the same vehicle bearing the same license plate. Officers directed MAYO to leave the premises with a warning that returning would subject him to trespassing charges.

7.      I was further informed that, on Sunday, 26 April 2026, at approximately 4:38 p.m., MAYO returned to the CIA main gate in the same vehicle bearing the same license plate. For weekend operations, traffic was redirected from the inbound lanes to the visitor center off-ramp, which allows automatic access to employees with suitable credentials. Upon approaching the kiosk, cleared staff scan their credentials and the barrier arm rises, allowing the vehicle to pass before arriving at the manned gate. MAYO bypassed this security feature by following a cleared vehicle under the raised barrier without authorization. Officers ultimately issued MAYO citation E1510260 for trespassing in violation of 32 C.F.R. § 1903.7(a). CIA Police warned MAYO that he would be arrested if he returned. MAYO expressed a desire to be arrested and noted that he had visited the Pentagon the previous day.

8.      Based on the foregoing, I submit that is probable cause to believe that on or about 27 April 2026, within the Eastern District of Virginia, CONNOR LYNN MAYO did enter or

remain on a CIA installation without authorization, or renter a CIA installation after being instructed not to reenter, in violation of 32 C.F.R. § 1903.7(a).

*Raymond Saxton*
Corporal Raymond Saxton
Central Intelligence Agency Police

Subscribed and sworn to before me his 27th day of April 2026.

Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia

4